UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PATRICIA SPOLJORIC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HINSHAW & CULBERTSON, LLP, an Illinois )<br>Limited Liability Partnership, and LAWRENCE )<br>MOELMANN, )<br>)<br>Defendants. ) | CAUSE NO. 2:05cv234 |

**OPINION AND ORDER**

Plaintiff has filed a Complaint invoking this Court's diversity jurisdiction, but the Court has questions over whether or not this is proper. One of the Defendants in this action, Hinshaw & Culbertson, is an Illinois limited liability partnership. Limited partnerships are treated as citizens of every state of which any partner or member is a citizen. *Hart v. Terminex Int'l.*, 336 F.3d 541, 542 (7th Cir. 2003) (quoting *Market Street Assocs. Ltd. P'ship v. Frey*, 941 F.2d 588, 589 (7th Cir. 1991), which held "for purposes of deciding whether a suit by or against a limited partnership satisfies the requirement of complete diversity of citizenship ... the citizenship of all the limited partners, as well as of the general partner, counts"); *Indiana Gas Co., Inc. v. Home Ins. Co.*, 141 F.3d 314, 317 (7th Cir. 1998) ("General partnerships, limited partnerships, joint stock companies, and unincorporated membership associations all are treated as citizens of every state of which any partner or member is a citizen."). Thus, in order to ascertain whether the parties are actually diverse in this matter, the citizenship of all of the limited partners, as well as the general partner, must be identified. The fact that the Complaint alleges that Hinshaw & Culbertson maintains an office in Schererville, Indiana, leads the Court to believe that there is a

substantial likelihood that one of its partners may be a citizen of this state, destroying this Court's diversity jurisdiction.

Accordingly, Plaintiff is hereby **ORDERED** to clarify for the Court the citizenship of the partners of Hinshaw & Culbertson, LLP, on or before **July 31, 2005**.

**SO ORDERED.**

ENTERED: June 22, 2005

> s/ Philip P. Simon
> PHILIP P. SIMON, JUDGE
> UNITED STATES DISTRICT COURT

2